Virginia:

In the United States District Court
(Eastern District)

Cassie C. Crisano
PO Box 3300
Stafford, VA 22555

V                                    Case 1:19cv733

Pentagon Police Officer              Staffor County Sheriff
Anthony James Hopkins                DaviD Decatur
4500 S Four mile Drive #1227         Deputy Wojciechowski
Arlington, VA       Civil Rape       1225 Courthouse RD
                                     Stafford, VA 22555

1) Plaintiff, Cassie C. Crisano Moves for Judgement against Defendants, Anthony James Hopkins and Stafford County Sheriff, DaviD. Decatur and Deputy Wojciechowski Pursuant to 42 U.S.C 1985 and 1988 to redress the deprivation of past and Present Violations of the fourth and fourteenth Amendment of the Constitution of the United States.

2) The Jurisdiction of the Court is founded upon 28 USC 1343 (3) and (4).

3) This Court is authorized to declatory relief Pursuant to 28 U.S.C 2201, 2202, and rule 57 of the federal rules of Civil Process.

4) This Court is authorized to render and provide injunctive relief pursuant to 28 U.S.C. (2263).

5) This Court has Jurisdiction over the Plaintiffs State Law claims under the doctrine of Pending Jurisdiction.

6) All of the actions, omissions, and events complained herein took or take place in the County of Stafford, State of Virginia, and with the venue of this Court.

7) The amount in controversy exclusive of interest and costs exceed the sum of $10,000.00.

8) On 26 August, 2017 at 76 Cannon Ridge Dr Fredericksburg, VA Defendant was intoxicated at said residence Plaintiff was in the upstairs bedroom sleeping when the defendant got into the bed with the Plaintiff and began to sexually assault Plaintiff. Plaintiff told him to stop several times but the Defendant became more aggressive and pulled her underwear. Defendant forced Plaintiff face down on the bed forcing her face into the mattress and forced his Penis inside of the Plaintiffs Vagina. Defendant stated to Plaintiff "Shut up, This is mine and ejaculated inside of

of Plaintiff, Defendant rolled over and said "You aint going anywhere, My bun is in your oven", and laughed.

9) On 1 September, 2017 the Defendant picked up the Plaintiff from 1745 Jefferson Davis Hwy, Stafford, VA. As he was pulling out of the parking lot, the Defendant punched the Plaintiff two times in the side of her head. Plaintiff yelled at Defendant to stop as Defendant slammed on his brakes. Plaintiff said she was going to call the police. Defendant said "Bitch I will walk inside the jail and tell them you just hit me". Plaintiff begged him not to and advised she was sorry. Defendant then asked the Plaintiff where the 20k of insurance money was and that he wanted it immediatly or else he would have her put back in jail.

10) On 23 May 2017, while at 76 Cannon Ridge RD Fredericksburg VA, Plaintiff and Defendant were involved in a domestic Dispute. Plaintiff attempted to leave but the Defendant refused by blocking the door way. Plaintiff threatened to call the police and the Defendant grabbed the cellphone from her. There was a slight struggle causing Plaintiff to fall onto the couch and Defendant holding her hands above her head. Plaintiff pleaded with Defendant to get off of her but he pulled her Dress up and forced his penis inside of her. Defendant told the Plaintiff to "Shut up, you know you want it". Several weeks later Plaintiff

found out she was pregnant and went to Planned Parenthood where she took the pill secretly as the Defendant had been forcefully trying to get the Plaintiff pregnant again against her will forcefully by raping her.

11) On or about February, 2017, while at 76 Connor ridge Drive, Fredericksburg, VA The Plaintiff and Defendant were involved in a ~~Domestic Dispute~~ Plaintiff asked the Defendant to return her property he had taken and Defendant became upset. Plaintiff attempted to leave and Defendant pushed her causing her to fall onto the couch. Plaintiff got back up and Defendant hit her 2 times in her forearms with his fist. Plaintiff went to push him away and he grabbed her in a choke hold. They fell to the floor causing Plaintiff to strike her head. Plaintiff in fear of starting to black out from being strangled began banging her feet on the floor for the tenants downstairs to hear. Making one last attempt Plaintiff reached back and jammed her fingers in Defendant's eyes causing him to release her. Plaintiff began gasping for air as Defendant got up and stated "Bitch I am going to kill you!" Plaintiff began screaming for help as Defendant returned with his duty issued firearm and pointed it at her. The door opened from the basement (tenants) and the Defendant just walked away as if nothing happened.

12) On 20 January, 2017 at 76 Cannon Ridge Dr. Fredericksburg, VA Plaintiff was laying in bed reading when Defendant walked in and layed in bed next to her. He began trying to touch her and she told him to stop. Defendant became annoyed and said "This is mine and I can do whatever I want to". Plaintiff told him no but he would not stop. Defendant forced the plaintiff to have intercourse with him and ejaculated quickly inside of the Plaintiff.

13) Plaintiff became Pregnant from three of those Rapes. She Suffered two miscarriages and one Abortion. Plaintiff began having medical Complication on 7 July, 2017 and was in and out of Stafford Hospital Emergency Room.

14) Plaintiff made Several Attempts to report these incidents in Virginia but was Constantly threatened by the Defendant that if she did he would kill her and her family.

15) Plaintiff advised law Enforcement on two occassions and nothing was done. Defendant always used his badge claiming Plaintiff was just crazy.

16) Plaintiff Contacted Stafford County Sheriff Dept and asked to report all incidents.

17) 6 September, 2018 Stafford Deputy Wojciechorowski took the Report for the assaults and Rapes and advised the Plaintiff of the Case #(2018094665) and told her she will be in

touch with her soon.

18) Stafford County Deputy Wojciechocoski has never contacted the Plaintiff since that day even after the Plaintiff sent several letters inquiring as to the status of the case.

19) Plaintiff's previous attorney advised her that he made contact with the Sheriff's office and they stated that they are not investigating my complaint without any further explanation.

20) As a direct and proximate result of Defendants attack upon Plaintiff, Plaintiff suffered injuries to her body and was caused to suffer in the future great pain, mental anguish and severe emotional distress.

21) As results from the Rapes/Attacks Plaintiff became pregnant several times but suffered two Miscarriages.

22) As a result of said injuries, Plaintiff has been under the care of a mental health Professional and a Physician and has and will thereby incur extensive Medical bills in an effect to be cured from her injuries; has suffered loss of earnings and will continue to suffer loss of Earnings; has been Prevented from carrying on her business and has been Permanently disabled.

Wherefore, the Plaintiff, Cassie C Criseno moves this Court for Jurisdiction against Defendants in the sum deemed appropriate together with such other costs as she may be lawfully entitled to.

Respectfully Submitted